UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                  :

ALEXANDRA ZERVOS,                        :

                              Plaintiff,          :
                                                       :            25-CV-4550 (VSB)

              -against-                  :
                                                       :               <u>**ORDER**</u>

VOLUNTEERS OF AMERICA GREATER  :
NEW YORK, MICHAEL SOLANA, and    :
HOLLY LEAHY,                                 :
                            Defendants.  :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On September 23, 2025, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Doc. 10.) "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020). Accordingly, it is hereby:

ORDERED that Defendants shall file a letter within seven (7) days deciding whether its motion to dismiss should be denied as moot without prejudice to filing an answer or filing a new motion to dismiss in accordance with Rule 15(a)(3), or if I should evaluate Defendants' current motion to dismiss in light of the facts alleged in the amended complaint.

SO ORDERED.

Dated:     September 24, 2025
              New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge