# BOND SCHOENECK & KING

68 South Service Road, Suite 400 | Melville, NY 11747-9750 | bsk.com

JESSICA C. MOLLER, ESQ.
JMoller@bsk.com
P: 516.267.6332
F: 516.267.6301

September 30, 2025

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Alexandra Zervos v. Volunteers of America Greater New York, et. al*, 25-CV-4550

Dear Judge Broderick:

We represent Defendants Volunteers of America-Greater New York, Michael Solana and Holly Leahy with regard to the above-referenced matter.

Pursuant to Your Honor's Order issued on September 24, 2025, we write to request that the Defendants' pending motion to dismiss be marked as moot without prejudice subject to Defendants filing an answer or new motion to dismiss addressed to the amended complaint.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Jessica C. Moller*

Jessica C. Moller

cc: All counsel of record

---

The motion to dismiss at Doc. 6 is hereby DENIED AS MOOT without prejudice to Defendants filing an answer or a new motion to dismiss in response to Plaintiff's Amended Complaint. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 6.

Dated:  October 1, 2025

SO ORDERED:

*Vernon Broderick*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE